**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| June M. Osborne and Robert A. Osborne, | Civil No. 07-3687 (RHK/AJB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | **WITHOUT PREJUDICE** |
| | **OF C.B. FLEET HOLDING** |
| C.B. Fleet Holding Company, Incorporated, a Virginia corporation; C.B. Fleet Company, Inc., a Virginia corporation; and DOES 1 through 100, | **COMPANY, INCORPORATED** |
| Defendants. | |

Based on the Stipulation between the parties, and pursuant to the Minnesota Rules of Civil Procedure, **IT IS ORDERED** that Plaintiffs' Complaint against C.B. Fleet Holding Company, Incorporated, only, is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated:  October 2, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge